IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA THORNTON,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| TEMPLE UNIVERSITY HEALTH SYSTEM, INC.,<br>AMERICAN ONCOLOGIC HOSPITAL,<br>also known as "FOX CHASE CANCER CENTER," and<br>FOX CHASE CANCER CENTER,<br>　　　　Defendant. | NO. 17-5419 |

## O R D E R

**AND NOW**, this 26th day of January, 2018, upon consideration of defendants Temple University Health System, Inc., American Oncologic Hospital a/k/a Fox Chase Cancer Center, and Fox Chase Cancer Center's Motion to Dismiss Plaintiff's Amended [*sic*] Complaint (Doc. No. 8, filed January 3, 2018), plaintiff's Response in Opposition to Defendant's [*sic*] Motion to Dismiss Plaintiff's Complaint (Doc. No. 9, filed January 18, 2018), and defendants' Reply in Further Support of Its [*sic*] Motion to Dismiss (Doc. No. 10, filed January 25, 2018), for the reasons stated in the accompanying Memorandum dated January 26, 2018, **IT IS ORDERED** that defendants' Motion to Dismiss is **GRANTED** and plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff is granted leave to file an amended complaint within twenty (20) days, if warranted by the facts and applicable law as set forth in the

accompanying Memorandum dated January 26, 2018.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**